## Resolution of Sabana Rentals II LLC

Whereas, it is in the best interest of this company, Sabana Rentals II LLC (the "Company") to file a chapter 11 bankruptcy proceeding pursuant to chapter 11 of title 11 of the United States Code;

Be It Therefore Resolved, that Rafael Gonzalez, as the Company Manager is authorized and directed to execute and deliver all documents necessary to effectuate the chapter 11 bankruptcy proceeding on behalf of the Company; and

Be It Further Resolved, that Rafael Gonzalez is authorized and directed to appear in all proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such chapter 11 bankruptcy proceeding, and

Be It Further Resolved, that the Company is authorized and directed to employ attorney Erik Wesoloski, Esq. and the law firm Wesoloski Carlson, P.A. to represent the Company in such chapter 11 bankruptcy proceeding consistent with the engagement agreement which has been accepted and acknowledged by Rafael Gonzalez as the Company Manager.

Dated:   January 21, 2025                    By:    **/s/Rafael Gonzalez**
                                                    Rafael Gonzalez
                                                    Manager